

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 13, 2022**

*Mark X. Mullin*
**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In re:<br>JINDIA J. BLOUNT<br>(DEBTOR) | Case No. 22-40441-MXM-133<br>(Chapter 13) |
| AH4R MANAGEMENT-TX LLC AS AGENT FOR AMERICAN HOMES 4 RENT PROPERTIES TWO, LLC<br>(Movant)<br>Vs<br>JINDIA J. BLOUNT<br>(Respondents/Debtor) | |

**AGREED ORDER CONDITIONING AUTOMATIC STAY CONCERNING THE LEASE PREMISES LOCATED AT 7708 AMSTERDAM LANE, ARLINGTON, TX 76002**
<u>**(Reference Docket No. 28 )**</u>

Came on to be considered the Motion for Relief Stay filed by **AH4R MANAGEMENT TX, LLC as agent for AMERICAN HOME 4 RENT PROPERTIES TWO, LLC, "Movant" herein,** and the responses thereto, and after considering the evidence, the Court is of the opinion that the Motion should be granted, subject to the following terms. Therefore, it is

ORDERED that the automatic stay of 11 U.S.C. § 362(a) shall be modified as such:

IT IS HEREBY ORDERED that the JINDIA J. BLOUNT, "Debtor" herein" shall resume timely making the July 1, 2022, post-petition lease payment due in the amount of $1,995.00 plus all other applicable fees or charges inclusive of the monthly gas, sewer and water charges as well as any applicable late charges as due and pay each subsequent month due thereafter by the 5th of each month pursuant to the terms of residential lease agreement between the Debtors and Movant on the lease premises located at **7708 AMSTERDAM LANE, ARLINGTON, TX 76002**, "Property" herein. Debtor and Debtor's Counsel are advised that the Debtor's current lease will expire on August 31, 2022, at which time the lease will automatically convert to a month-to-month lease subject to applicable rent increases.

IT IS HEREBY FURTHER ORDERED that the Debtor shall amended her Chapter 13 Plan to provide for the arrears due in the amount of $10,697.95 plus $675.00 in legal fees and costs in the amount of $183.00 totaling $11,555.95 to paid by the Chapter 13 Trustee in equal installments of $321.00 starting in month (1) of the plan through month (36) of the Plan. .

IT IS HEREBY FURTHER ORDERED that the Debtor shall maintain at all times renter's insurance on the Property as required.

IT IS HEREBY FURTHER ORDERED that if the Debtor defaults in the terms of aforementioned payments and/or any future lease payment due between the Debtor and Movant; Chapter 13 Plan payments as due per the confirmed Plan; and/or maintain the required renter's insurance, then Movant shall send the Debtors a (14) day Notice of Default to cure the default due by mailing a Notice to the Debtor at 7708 AMSTERDAM LANE, ARLINGTON, TX 76002 and to Debtor's Counsel at Marilyn D. Garner, 2001 East Lamar Blvd #200, Arlington, TX 76054.

IT IS HEREBY FURTHER ORDERED that if the Debtors fail to cure such default within (14) days of the date of Notice of Default and/or on the (3rd) incurrence of any future default that the Automatic Stay and/or any applicable Co-Debtor Stay shall terminate.

IT IS HEREBY FURTHER ORDERED that upon the termination of the Automatic Stay due to the Debtors' failure to cure any default that **AH4R MANAGEMENT TX, LLC and/or AMERICAN HOME 4 RENT PROPERTIES TWO, LLC**, its successors in interest, assigns, representatives, and agents shall be permitted to pursue all legal remedies to take possession of the residence located at **7708 AMSTERDAM LANE, ARLINGTON, TX 76002**.

### # # # END OF ORDER # # #

Approved as to form and content:

/s/ John V. Burger
John V. Burger, Counsel for Movant
Barry and Sewart PLLC
State Bar No.: 03378650    S.D. Tex. Bar No.: 13176
4151 Southwest Freeway #680
Houston, Texas 77027
Telephone: 713-960-9696
Facsimile:  713-9621-4403

/s/ Marilyn D. Garner
Marilyn D. Garner, Counsel for Debtor
Law Office of Marilyn D. Garner
SBOT: 0767550
2001 East Lamar Blvd #200
Arlington, TX 76006
Telephone:  (817) 505-1499
Facismile   (817) 549-7200